## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| FREUD AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 20-902-RGA |
| v. | ) ) ) | |
| MILWAUKEE ELECTRIC TOOL CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

On November 9, 2021, this Court stayed the proceedings while the parties worked to finalize a settlement agreement. D.I. 153. The parties previously submitted status reports on January 6, 2022, February 2, 2022, and March 7, 2022. D.I. 156, 157, 158. The parties hereby submit this status report pursuant to the Court's order staying the proceedings. D.I. 153.

Per the parties' last status report, the parties hoped to execute the settlement agreement and file a joint motion and order for entry of final judgment by March 31, 2022. D.I. 158. The parties are pleased to report that they have finalized the settlement agreement and related documents, but are still in the process of obtaining the necessary signatures. As such, the parties are not quite able to file the joint motion and order for entry of final judgment by the March 31, 2022 deadline, but will do so on or before April 15, 2022.

Counsel are available at the Court's convenience for any questions.

Dated: March 30, 2022 　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ *Pilar G. Kraman* | /s/ *Amy M. Dudash* |
| Pilar G. Kraman (No. 5199) | Amy M. Dudash (No. 5741) |
| Young Conaway Stargatt & Taylor, LLP | Morgan Lewis & Bockius LLP |
| Rodney Square | 1201 N. Market Street |
| 1000 North King Street | Suite 2201 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 574-3000 |
| pkraman@ycst.com | amy.dudash@morganlewis.com |
| | |
| Thad Chaloemtiarana | J. Kevin Fee |
| Ashly I. Boesche | Jane W. Wise |
| Jessica A. Ekhoff | Morgan, Lewis & Bockius LLP |
| Pattishall, McAuliffe, Newbury, Hilliard & Geraldson | 1111 Pennsylvania Avenue, NW |
| | Washington, D.C. 20004 |
| 200 S. Wacker Drive | (202) 739-3000 |
| Suite 2900 | kevin.fee@morganlewis.com |
| Chicago, Illinois 60606 | jane.wise@morganlewis.com |
| (312) 554-7973 | |
| tc@pattishall.com | Jason C. White |
| aib@pattishall.com | Kathryn A. Feiereisel |
| jae@pattishall.com | Morgan, Lewis & Bockius LLP |
| | 110 North Wacker Drive |
| *Attorneys for Plaintiff Freud America, Inc.* | Chicago, IL 606016 |
| | (312) 324-1000 |
| | jason.white@morganlewis.com |
| | katie.feiereisel@morganlewis.com |
| | |
| | *Attorneys for Defendant Milwaukee Electric Tool Corporation* |